Disposition of Petitions For Discretionary Review Under G.S. 7A-31

BANK v. SHARPE

No. 180PC

Case below: 49 N.C. App.693

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 March 1981. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 4 March 1981.

BROOKS, COMR. OF LABOR v. GRADING CO.

No. 186PC
No. 119 (Spring Term)

Case below: 49 N.C. App. 352

Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 4 March 1981.

BURTON v. ZONING BOARD OF ADJUSTMENT

No. 163PC

Case below: 49 N.C. App. 439

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 4 March 1981.

CARR v. CARBON CORP.

No. 177PC

Case below: 49 N.C. App.631

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 March 1981.

CROMER v. CROMER

No. 153PC
No. 114 (Spring Term)

Case below: 49 N.C. App. 403

Petition by defendant for discretionary review under G.S. 7A-31 allowed 4 March 1981. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question denied 4 March 1981.